**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GERALD LANE**, | : CIVIL ACTION NO. 1:11-CV-1907 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **PA BOARD OF PROBATION AND PAROLE**, | : |
| **Defendant** | : |

## ORDER

AND NOW, this 11th day of April, 2012, upon consideration of plaintiff's motion for relief from judgment (Doc. 14), and it appearing that plaintiff, who is indigent, seeks a waiver of fees in the case because he improperly filed a civil rights action, as opposed to a habeas corpus action, and it further appearing that 28 U.S.C. § 1915 provides that if a prisoner brings a civil action in forma pauperis, he shall be required to pay the full amount of the filing fee, 28 U.S.C. § 1915(b)(1), and that plaintiff opted to file his lawsuit as a civil rights action, and he is therefore required by statute to pay the filing fee, 28 U.S.C. § 1914; 28 U.S.C. § 1915, it is hereby ORDERED that the motion for relief from judgment is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge